Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
528 Grand Avenue
Oakland, California 94610
Telephone:  (510) 329-2140
Facsimile:  (510) 580-9410
E-Mail:     yhuang.law@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES WEAVER, SENIOR, on behalf of himself individually and as guardian for his two children, JW III, a minor child and LW, a minor child and JAMES WEAVER, SENIOR, on behalf of his granddaughter, JW, a minor child.<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, KEVIN HACHLER, ERIC JONES and DOES 1 to 50,<br><br>   Defendants. | Case No. 2:20-cv-00990-JAM-EFB<br><br>ORDER GRANTING PLAINTIFF JW III, LW and JW's *EX PARTE* MOTION TO APPOINT GUARDIAN AD <u>LITEM</u> |

  Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court hereby GRANTS Plaintiff JW III, LW and JW's ex parte motion for appointment of a guardian ad litem. The Court finds that the appointment of JAMES WEAVER, Jr. Plaintiffs JW III, LW father, is appropriate and in the best interest of Plaintiffs JW III and LW.

  Accordingly, the Court hereby appoints JAMES WEAVER, Jr. as guardian ad litem for Plaintiffs JW III and LW for the purposes of this action.

  The Court finds that the appointment of JAMES WEAVER, Senior Plaintiff JW's LW grandfather, is appropriate and in the best interest of Plaintiff JW.

1

**[Proposed] ORDER APPOINT GUARDIANS AD LITEM**
*James Weaver, Jr.  et al  v. City of Stockton,*  United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-FEB

Accordingly, the Court hereby appoints JAMES WEAVER, Senior as guardian ad litem for Plaintiff JW for the purposes of this action.

IT IS SO ORDERED.

Dated: August 11, 2020             /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

2

**[Proposed] ORDER APPOINT GUARDIANS AD LITEM**
*James Weaver, Jr.  et al  v. City of Stockton,*  United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-FEB