UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEAVER, JR., *et al.*, | Case No. 2:20-cv-00990-JAM-JDP |
| Plaintiffs, | ORDER DENYING MOTION FOR SANCTIONS WITHOUT PREJUDICE |
| v. | ECF No. 29 |
| CITY OF STOCKTON, *et al.*, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| Defendants. | ECF No. 30 |

On December 22, 2021, defendants filed a motion for sanctions and set it for a hearing, ECF No. 29. Defendants did not follow my procedures for discovery motions, which require parties to obtain the court's permission to file such motions.[1] Therefore, the motion is denied without prejudice, and the hearing is vacated.

On December 25, 2021, plaintiffs filed a motion for extension of time to designate responsive experts. ECF No. 30. For good cause shown, plaintiffs' motion is granted. Plaintiffs will have until January 16, 2022 to designate their responsive experts.

---

[1] Civil Procedures to be followed in cases assigned to Hon. Jeremy D. Peterson are available on the court website at https://www.caed.uscourts.gov/caednew/assets/File/Procedures%20for%20Civil%20Proceedings%20Before%20JDP%206_23_21.pdf.

1

1   IT IS SO ORDERED.

3   Dated:   December 27, 2021

    _____
    JEREMY D. PETERSON
    UNITED STATES MAGISTRATE JUDGE