1  DANA A. SUNTAG (State Bar #125127)
   JOSHUA J. STEVENS (State Bar # 238105)
2  HERUM\CRABTREE\SUNTAG
   *A California Professional Corporation*
3  5757 Pacific Avenue, Suite 222
   Stockton, California 95207
4  Telephone: (209) 472-7700
5  dsuntag@herumcrabtree.com
6  jstevens@herumcrabtree.com

7  Attorneys for All Defendants

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11  JAMES WEAVER, JR., et al.,                    )  Case No. 2:20-CV-00990-JAM-JDP
                                                  )
12              Plaintiffs,                       )  **STIPULATION TO EXTEND**
                                                  )  **DEFENDANTS' DEADLINE TO:**
13  vs.                                           )  **(i) FILE REPLY ON MSJ; AND**
                                                  )  **(ii) FILE OPPOSITION TO PLAINTIFFS'**
14  CITY OF STOCKTON, et al.,                     )  **COUNTERMOTION;**
                                                  )
15              Defendants.                       )  **ORDER**
                                                  )
16                                                )
                                                  )  Date: May 31, 2022
17                                                )  Time: 1:30 p.m.
                                                  )  Courtroom: 6
18                                                )  Judge: Hon. John A. Mendez
                                                  )
19                                                )
                                                  )
20                                                )
                                                  )
21  _____ )

22

23

24

25

26

27

28

HERUM\CRABTREE\SUNTAG
ATTORNEYS

STIPULATION AND ORDER TO EXTEND TIME ON REPLY ON MSJ AND ON OPPOSITION TO COUNTERMOTION

This Stipulation is entered into all parties, through their counsel of record.

R E C I T A L S

A.      On April 1, 2022, all Defendants filed a motion for summary judgment, or, alternatively, partial summary judgment (the "MSJ"), set for hearing, per the Court's Scheduling Order, on May 17, 2022.

B.      Pursuant to Rules 230(c) and (e) of the Local Rules, amended effective March 1, 2022, Plaintiffs' Opposition to the MSJ and any countermotion were due by April 15, 2022.

C.      On May 2, 2022, Plaintiffs filed their Opposition to the MSJ and a Countermotion to exclude certain testimony. Plaintiffs also filed an Ex Parte Application asking the Court to excuse the late filing of their Opposition to the MSJ (which they erroneously labeled as an "Ex Parte Application to Strike Defendants' Reply for Being Untimely").

D.      On May 3, 2022, the Court sua sponte issued a minute order continuing the hearings on the MSJ and Plaintiffs' Ex Parte Application to May 31, 2022.

E.      On May 4, 2022, Plaintiffs filed a Request for Judicial Notice in further opposition to the MSJ.

F.      Pursuant to Local Rule 230(c), Defendants' Reply on the MSJ is due on May 12, 2022, and pursuant to Rule 230(e), Defendants' Opposition to the Countermotion is due on May 16, 2022.

G.      Because of the additional time Plaintiffs had before filing their Reply on the MSJ and their Countermotion, counsel for Defendants asked counsel for Plaintiffs if she would stipulate that Defendants can have additional time to file both their Reply on the MSJ and their Opposition to the Countermotion up to May 17, 2022, which is 14 days before the May 31, 2022, hearing, which would have the effect of granting Defendants an extra five days to file their Reply on the MSJ and an extra one day to file their Opposition to the Countermotion.

H.   Plaintiffs' counsel consented to Defendants' request for additional time.

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

STIPULATION AND ORDER TO EXTEND TIME ON REPLY ON MSJ AND ON OPPOSITION TO COUNTERMOTION

1

<u>S T I P U L A T I O N</u>

2

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, as

3

follows:

4

1.      Defendants have a five day extension of time, through and including May 17,

5

2022, to file their Reply on the MSJ; and

6

2.      Defendants have a one day extension of time, through and including May 17,

7

2022, to file their Opposition to the Countermotion.

8

Dated:  May 6, 2022                          HERUM/CRABTREE/SUNTAG

9

A California Professional Corporation

10

By: <u>/s/ *Joshua J. Stevens*          </u>

11

JOSHUA J. STEVENS
Attorneys for All Defendants

12

Dated:  May 6, 2022                          LAW OFFICES OF YOLANDA HUANG

13

14

By: <u>/s/ *Yolanda Huang*          </u>

15

YOLANDA HUANG
Attorneys for All Plaintiffs

16

<u>O R D E R</u>

17

The Court has reviewed and considered the parties' Stipulation. Good cause appearing

18

therefor, IT IS ORDERED that the relief requested in the Stipulation is GRANTED, as follows:

19

1.      Defendants have a five-day extension of time, through and including May 17,

20

2022, to file their Reply on the MSJ; and

21

2.      Defendants have a one-day extension of time, through and including May 17,

22

2022, to file their Opposition to the Countermotion.

23

24

Dated:  May 6, 2022                          <u>/s/ John A. Mendez          </u>

25

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

26

27

28

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

STIPULATION AND ORDER TO EXTEND TIME ON REPLY ON MSJ AND ON OPPOSITION TO COUNTERMOTION