DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEAVER, JR., et al., | Case No. 2:20-CV-00990-JAM-JDP |
| Plaintiffs, | **STATUS UPDATE ON PENDING SUMMARY JUDGMENT MOTION; REQUEST TO CONTINUE DATES IN CASE; [PROPOSED] ORDER** |
| vs. | **Date: September 13, 2022** <br> **Time: 1:30 p.m.** <br> **Courtroom 6** |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

_____
1
STATUS UPDATE AND REQUEST TO CONTINUE DATES

This case has settled, and Defendants file this Status Update to report the settlement to the Court.

On May 23, 2022, the parties submitted a stipulation to report the parties had agreed to conduct a mediation to try to settle the case. (ECF No. 64). At the time, there was pending before this Court Defendants' summary judgment motion and plaintiffs' motion to exclude Defendants' motion to exclude expert witness, both set for hearing on May 31, 2022. The stipulation asked the Court to continue the hearings on those motions and other dates in the case, including the final pretrial conference and the trial.

By order issued on May 24, 2022, this Court granted the relief the stipulation requested. (ECF No. 65). The order continued the hearings on the two motions to September 13, 2022, and ordered the parties to file a Joint Status Update by today. The order also continued the other pending dates in the case.

As agreed, the parties attended a mediation. The mediation took place over four days, on August 12, 19, 26, and 29, 2022. At the conclusion of the fourth day (August 29, 2022), the parties reached a settlement in principle of the entire action and all of Plaintiffs' claims, subject to approval by the City of Stockton City Council at its meeting on September 27, 2022, and a minor's compromise.

That same day (August 29, 2022), defense counsel prepared and emailed to Plaintiffs' counsel for review/comments or signature a proposed Joint Status Update to be filed by today to comply with ECF No. 65. Plaintiffs' counsel did not respond and still has failed to respond by 4 p.m. today to both a follow up email and a telephone call. Defendants therefore respectfully submit this Status Update.

As a result of the pending settlement of the action, Defendants request the Court continue the dates in ECF No. 65 approximately 90 days, as may be convenient for the Court's calendar, so the parties may finalize their settlement. The proposed dates are:

| EVENT | CURRENT DATE | PROPOSED CONTINUED DATE |
|---|---|---|
| Hearing on Defendants' MSJ and Plaintiffs' motion to exclude Defendants' | September 13, 2022 | December 13, 2022 |

_____

STATUS UPDATE AND REQUEST TO CONTINUE DATES

| expert | | |
|---|---|---|
| Parties' joint pretrial statement | October 21, 2022 | January 20, 2023 |
| Final Pretrial Conference | October 28, 2022 | January 27, 2023 |
| Parties' F.R.C.P. Rule 26(3)(a) disclosures | November 4, 2022 | February 3, 2023 |
| Trial | December 5, 2022 | March 6, 2023 |

Dated: August 30, 2022

HERUM\CRABTREE\SUNTAG
A California Professional Corporation

By */s/ Joshua J. Stevens*_____
    JOSHUA J. STEVENS
    Attorneys for All Defendants

O R D E R

The Court has reviewed the foregoing Status Update. Good cause appearing therefor, IT IS ORDERED that the relief requested is GRANTED, as follows:

1.    The hearing on Defendants' MSJ and Plaintiffs' motion to exclude, scheduled for September 13, 2022, is continued to _____. On or before 14 days before the continued hearing, the parties shall file a joint status update.

2.    The parties' joint pretrial statement due on or before October 21, 2022, shall now be due _____.

3.    The Final Pretrial Conference scheduled for October 28, 2022, is continued to _____.

4.    The parties' F.R.C.P. Rule 26(3)(a) disclosures due on or before November 4, 2022, shall now be due _____.

5.    The trial scheduled to begin on December 5, 2022, is continued to _____.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE