Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
528 Grand Avenue
Oakland, California 94610
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:        yhuang.law@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES WEAVER, JR., on behalf of himself individually and as guardian for his two children, JW III, a minor child and LW, a minor child and JAMES WEAVER, SENIOR, on behalf of his granddaughter, JW, a minor child. | Case No. 2:20-cv-00990-JAM-JDP |
| | PLAINTIFFS STATUS UPDATE ON PENDING MOTIONS AND JOINDER IN REQUEST FOR CONTINUANCE |
| Plaintiffs, | Hon. John A. Mendes, Presiding |
| vs. | Case Filed:  5/15/2020 |
| CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, KEVIN HACHLER, ERIC JONES and DOES 1 to 50, | |
| Defendants. | |

This case has settled.  All parties participated in a mediation.  Plaintiffs concur that this case has settled for all intents and purposes, although there remains some outstanding matters, including the approval of the settlement by the City of Stockton City Council, preparation and approval of the minors' compromise, and an unopposed motion for Court approval, per the settlement agreement, designating plaintiff JAMES WEAVER, Jr. factually innocent with regards to the underlying incident of this case.

1

**PLAINTIFFS' STATUS REPORT AND REQUEST FOR CONTINUANCE**
*James Weaver, Jr. et al  v. City of Stockton,*  United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-JDP

Plaintiffs apologize to the Court for not filing this status update earlier, but there have been some technology challenges and so communications between the parties were not received.

The Settlement provides that these matters should be concluded 60 days after execution of the settlement agreement.  Since defendants have indicated that the City Council will review this settlement agreement on September 27, 2022, Plaintiffs would request that the Court continue ECF No. 65 for 60 days after September 27th ; or November 27, 2022, or as may be convenient for the Court's calendar.

Dated: September 1, 2022                              LAW OFFICE OF YOLANDA HUANG


                                                     BY:  */S/ Yolanda Huang*_____
                                                          YOLANDA HUANG,
                                                          Attorney for Plaintiffs

**PLAINTIFFS' STATUS REPORT AND REQUEST FOR CONTINUANCE**
*James Weaver, Jr. et al  v. City of Stockton,*  United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-JDP

O R D E R

The Court has reviewed the foregoing Status Update. Good cause appearing therefor, IT IS ORDERED that the relief requested is GRANTED, as follows:

| Event | Current Date | Proposed Date | Continued. Date |
|---|---|---|---|
| Hearing – Defendants' MSJ and Plaintiff's Motion to Exclude Defendants' Expert | Sept. 13, 2022 | Nov. 27,2022 | |
| Joint Pretrial Statement | Oct. 21, 2022 | | |
| Parties FRCP Rule 26(3)(a) disclosures | Oct.28, 2022 | | |
| Trial | Dec.5, 2022 | | |
| Joint Status Update | | October 1, 2022 | |

Dated: _____,2022    _____

UNITED STATES DISTRICT JUDGE

3