Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
528 Grand Avenue
Oakland, California 94610
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES WEAVER, JR., on behalf of himself individually and as guardian for his two children, JW III, a minor child and LW, a minor child and JAMES WEAVER, SENIOR, on behalf of his granddaughter, JW, a minor child.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, KEVIN HACHLER, ERIC JONES and DOES 1 to 50,<br><br>Defendants. | Case No. 2:20-cv-00990-JAM-JDP<br><br>**ORDER GRANTING PLAINTIFFS J.W., L.W., AND J.W., III's MOTIONF OR MINOR'S COMPROMISE**<br><br>Hon. John A. Mendes, Presiding<br><br>Case Filed:  5/15/2020 |

Pursuant to E.D. Cal. L.R. 202, THE COURT grants Plaintiffs  J.W., L.W., AND J.W., III's motion for minors' compromise.  The Court finds that the apportionment of $25,000 to the children, to be distributed as follows:

$6,125 to J.W. III;

$6,125 to L.W.; and

$12,250 to J.W.

is fair and reasonable.

As for the attorneys fees, the Court APPROVES the following distribution:

1

1) $1,250 from J.W. III; $1,250 from L.W. and $2,500 from J.W. for a total of $5,000 to the Law Office of Yolanda Huang for attorneys fees.

2) $$20,000 to Ringler as structured annuities to fund the guaranteed obligation for each child as set forth in Exhibit A to the declaration of Yolanda Huang which accompanied the Motion for Minors' Compromise, filed with this Court;

IT IS SO ORDERED.

Dated:  October 28, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING MINORS' COMPROMISE**
*James Weaver, Jr. et al  v. City of Stockton,*  United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-JDP