DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES WEAVER, JR., et al., | ) | Case No. 2:20-CV-00990-JAM-JDP |
|---|---|---|
| | ) | |
| | ) | **JOINT STATUS UPDATE** |
| | ) | **REGARDING STATUS OF** |
| Plaintiffs, | ) | **SETTLEMENT** |
| | ) | |
| | ) | [No hearing required] |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CITY OF STOCKTON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____

1

JOINT STATUS UPDATE REGARDING STATUS OF SETTLEMENT

Pursuant to this Court's Minute Order vacating future dates in this case (ECF No. 67) and ordering the parties to file a joint status report by December 1, 2022, all parties respectfully submit the following joint status update.

This lawsuit has settled in principle and the parties and counsel have signed a settlement agreement that will dispose of the entire lawsuit.

There remain a few items for Plaintiffs' counsel to complete before the City of Stockton is to issue payment of the settlement funds to Plaintiffs, and Plaintiffs are then to dismiss this lawsuit.

1.    The signed settlement agreement required Plaintiffs' counsel to obtain a minor's compromise order directing how portions of the settlement payment would be disbursed to the minor Plaintiffs in this action. On October 6, 2022, Plaintiffs filed the motion for minor's compromise, and on October 28, 2022, this Court granted the motion. (ECF No. 75.) The order on the motion states $20,000 of the settlement payment (representing the minor Plaintiffs' share of the settlement), is to be placed in annuities for the minor Plaintiffs. However, on or about November 1, 2022, Plaintiffs' counsel learned that because the minor Plaintiffs suffered no physical injury, an annuity structure was not available for the minor Plaintiffs.

As a result, on November 8, 2022, counsel discussed and agreed to a modification of the minor's compromise order, wherein the minors' portion of the settlement would instead be placed into blocked bank accounts for their benefit. Plaintiffs' counsel agreed to draft a proposed stipulation and order modifying the order in this manner. On December 1, 2022, Plaintiffs' counsel provided a proposed stipulation and order to Defendants' counsel to review.

2.    Per the signed settlement agreement, Plaintiffs' counsel is required to provide defense counsel a signed Stipulation for Dismissal of the Action with Prejudice (in the form already agreed on by Plaintiffs' counsel, which is Exhibit A to the settlement agreement). Defense counsel await this.

3.    Per the signed settlement agreement, Plaintiffs' counsel is required to provide defense counsel written instructions stating how the settlement checks are to be made payable to the Plaintiffs. Defense counsel await this.

JOINT STATUS UPDATE REGARDING STATUS OF SETTLEMENT

4.    Per the signed settlement agreement, Plaintiffs' counsel is required to provide defense counsel with signed W-9 forms for each recipient of any settlement funds. Defense counsel await this.

The signed settlement agreement states the City of Stockton will issue the settlement payment within 45 days of completion of all of these items, and within 5 days after the settlement payment is paid, the City is to file the Stipulation for Dismissal with prejudice.

Respectfully submitted,

DATED: December 1, 2022                          LAW OFFICE OF YOLANDA HUANG

                                                 By /s/ Yolanda Huang_____
                                                     YOLANDA HUANG
                                                     Attorneys for All Plaintiffs

DATED: December 1, 2022                          HERUM\CRABTREE\SUNTAG
                                                 A California Professional Corporation

                                                 By /s/ Joshua J. Stevens_____
                                                     JOSHUA J. STEVENS
                                                     Attorneys for All Defendants