**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang (State Bar No. 104543)
PO BOX 5475
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES WEAVER, JR., on behalf of himself individually and as guardian for his two children, JW III, a minor child and LW, a minor child and JAMES WEAVER, SENIOR, on behalf of his granddaughter, JW, a minor child. | Case No. 2:20-cv-00990-JAM-JDP |
| | JOINT STIPULATION TO MODIFY SETTEMENT TO PERMIT MINORS' BLOCKED ACCOUNTS AND [Proposed] ORDER |
| Plaintiffs, | Hon. John A. Mendez, Presiding |
| vs. | Case Filed:  5/15/2020 |
| CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, KEVIN HACHLER, ERIC JONES and DOES 1 to 50, | |
| Defendants. | |

Whereas, the signed settlement agreement required Plaintiffs' counsel to obtain a minor's compromise order directing how portions of the settlement payment would be disbursed to the minor Plaintiffs in this action. On October 6, 2022, Plaintiffs filed the motion for minor's compromise, and on October 28, 2022, this Court granted the motion. (ECF No. 75.) The order on the motion states $20,000 of the settlement payment (representing the minor Plaintiffs' share of the

1

settlement), is to be placed in annuities for the minor Plaintiffs.

However, on or about November 1, 2022, Plaintiffs' counsel learned that the financial institutions determined that the minor Plaintiffs suffered no physical injury, and therefore an annuity structure was not available for the minor Plaintiffs.

As a result, on November 8, 2022, counsels discussed and agreed to a modification of the minor's compromise order, wherein the minors' portion of the settlement would instead be placed into blocked bank accounts for their benefit.

IT IS HEREBY STIPULATED, all Plaintiffs, by their counsel, and all Defendants, by their counsel, that the settlement agreement shall be modified so that the minors' portion of the settlement will instead be placed into blocked bank accounts for their benefit.

SO STIPULATED.

DATED: December 1, 2022                    LAW OFFICE OF YOLANDA HUANG

                                           By ___*/s/ Yolanda Huang*_____
                                              YOLANDA HUANG
                                              Attorneys for All Plaintiffs

DATED: December 1, 2022                    HERUM\CRABTREE\SUNTAG
                                           A California Professional Corporation

                                           By */s/ Joshua J. Stevens*_____
                                              JOSHUA J. STEVENS
                                              Attorneys for All Defendants

2

**JOINT STIPULATION TO MODIFY SETTLEMENT TO PERMIT MINORS' BLOCKED ACCOUNTS AND [Proposed] ORDER**
*James Weaver, Jr. et al v. City of Stockton,* United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-JDP

[Proposed] ORDER

Whereas, the signed settlement agreement required Plaintiffs' counsel to obtain a minor's compromise order directing how portions of the settlement payment would be disbursed to the minor Plaintiffs in this action. On October 6, 2022, Plaintiffs filed the motion for minor's compromise, and on October 28, 2022, this Court granted the motion. (ECF No. 75.) The order on the motion states $20,000 of the settlement payment (representing the minor Plaintiffs' share of the settlement), is to be placed in annuities for the minor Plaintiffs.

The financial institutions later determined that the minor Plaintiffs suffered no physical injury, therefore an annuity structure was not available for the minor Plaintiffs.

Pursuant to the Parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the settlement with regards to the minor Plaintiffs shall be modified.  The minors' share of the settlement, instead of being placed into an annuity for a structured settlement, shall be placed into blocked accounts until each minor attains the age of 18 years of age.

Dated:  December __, 2022

_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

3

**JOINT STIPULATION TO MODIFY SETTLEMENT TO PERMIT MINORS' BLOCKED ACCOUNTS AND [Proposed] ORDER**
*James Weaver, Jr. et al  v. City of Stockton,*  United States District Court, Eastern District of California, Case No. 2:20-CV-00990-JAM-JDP